Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Antoine Johnson,

Plaintiff,

v.

2207805 Ontario Inc., d/b/a Happy Haulage, *et al.*,

Defendants.

Case No. 2-26-cv-14223-SJM-EAS
Hon. Stephen J. Murphy, III
Maj. Elizabeth A. Stafford

**NOTICE OF APPEARANCE**

TO: Clerk of Court & All Counsel of Record

Notice is hereby given that Leo J. St. Amour of Michigan Auto Law, P.C. enters an appearance in the above-entitled cause of action as an attorney for Plaintiff Antoine Johnson.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

BY: /s/ Leo J. St. Amour

LEO J. ST. AMOUR (P88642)
*Attorney for Plaintiff*
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 252-7575
(248) 254-8081 (fax)
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com

KEVIN H. SEIFERHELD (P58016)
*Lead Attorney for Plaintiff*

ALEXANDER P. KEMP (P80963)
*Attorney for Plaintiff*

Dated: November 4, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was filed with the Clerk of Court using the Court's electronic filing system, CM/ECF, which sent notice and a copy of said filing to all counsel of record.

/s/ Leo St. Amour
Leo St. Amour