Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Antoine Johnson,<br><br>Plaintiff,<br><br>v.<br><br>2207805 Ontario Inc., d/b/a Happy Haulage, *et al.*,<br><br>Defendants. | Case No. 2-26-cv-14223-SJM-EAS<br>Hon. Stephen J. Murphy, III<br>Maj. Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

TO: Clerk of Court & All Counsel of Record

Notice is hereby given that Kevin H. Seiferheld of Michigan Auto Law, P.C. enters an appearance in the above-entitled cause of action as the lead attorney to be noticed for Plaintiff Antoine Johnson.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

BY: /s/ Kevin H. Seiferheld

KEVIN H. SEIFERHELD (P58016)
*Lead Attorney for Plaintiff*
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 252-7575
(248) 254-8081 (fax)
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com

ALEXANDER P. KEMP (P80963)
LEO J. ST. AMOUR (P88642)
*Attorneys for Plaintiff*

Dated: November 4, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was filed with the Clerk of Court using the Court's electronic filing system, CM/ECF, which sent notice and a copy of said filing to all counsel of record.

/s/ Kevin Seiferheld
Kevin Seiferheld