UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Antoine Johnson,

Plaintiff(s),

Case No. 2:26-cv-14223-SJM-EAS
HONORABLE Stephen J. Murphy, III

v.

2207805 Ontario Inc d/b/a Happy Haulage, et al.,

Defendant(s).
_______________________________/

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:
Antoine Johnson (party name),

who is a (check one) ☒ PLAINTIFF ☐ DEFENDANT ☐ OTHER: ______________ makes the following disclosure: [1]

**PART I – CITIZENSHIP**

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☒ This party is an individual who is a citizen of the State of Michigan.

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐ This party is a corporation incorporated in the State of ________________________ and with a principal place of business in the State of ______________________.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

________________________________________________________________

________________________________________________________________

________________________________________________________________

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

________________________________________________________________

________________________________________________________________

________________________________________________________________

**PART II – FINANCIAL AFFILIATIONS**

☒ None of the entries below applies to this party.

☐ This party has one or more parent entities.

If so, identify all parent entities.

________________________________________________________________

______________________________________________

______________________________________________

☐ This party has one or more subsidiaries.

If so, identify all subsidiaries.

______________________________________________

______________________________________________

______________________________________________

☐ This party has one or more affiliates.

If so, identify all affiliates.

______________________________________________

______________________________________________

______________________________________________

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

______________________________________________

______________________________________________

______________________________________________

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

______________________________________________

______________________________________________

---

Signature: /s/ Leo J. St. Amour
Printed Name: Leo J. St. Amour
Bar Number: (P88642)
Firm Name: Michigan Auto Law, P.C.
Address: 30101 Northwestern Highway
City, State, Zip Code: Farmington Hills, MI 48334
Phone/Fax: (248) 353-7575/(248) 254-8081
Email Address: lstamour@michiganautolaw.com

Date: November 5, 2026