File No. 645400S0IP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ANTOINE JOHNSON,<br><br>Plaintiff,<br><br>-vs-<br><br>2207805 ONTARIO INC., d/b/a HAPPY HAULAGE, a foreign corporation, and SINGH HARJOT,<br><br>Defendants. | ) | No. 2:26-cv-14223 |

**APPEARANCE AND JURY DEMAND**

The undersigned, as attorney, enters the appearance of Defendants, **2207805 ONTARIO INC., d/b/a HAPPY HAULAGE** and **HARJOT SINGH**, and hereby demands trial by 12-person jury.

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC

By: *Andrew P. Rice*
Andrew P. Rice

Name: Andrew P. Rice (Atty No. P79302)
Cray Huber Horstman Heil & VanAusdal LLC
(apr@crayhuber.com)
Attorney for: Defendants
Address: 303 West Madison Street
Suite 2200
City: Chicago, Illinois 60606
Telephone: (312) 332-8450

I certify that a copy of the above was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

By: *Andrew P. Rice*
Andrew P. Rice

# CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed. R. Civ. P. 5, that a true and correct copy of the foregoing **Appearance and Jury Demand - 2207805 ONTARIO INC., d/b/a HAPPY HAULAGE** and **HARJOT SINGH** was filed on **November 6, 2026**, with the clerk of the court using the CM/ECF system, which will send notice to counsel of record.

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC

By: *Andrew P. Rice*
Andrew P. Rice

Andrew P. Rice (P79302)
apr@crayhuber.com
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 West Madison Street
Suite 2200
Chicago, Illinois 60606
(312) 332-8450