UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

*Antoine Johnson*
______________________________,

Plaintiff(s),

Case No. *2:26-cv-14223*

HONORABLE *Stephen J. Murphy, III*

v.

*2207805 Ontario Inc d/b/a Happy Haulage, et al.*,

Defendant(s).
______________________________/

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:

*Harjot Singh* (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: ______________ makes the following disclosure: [1]

**PART I – CITIZENSHIP**

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☒ This party is an individual who is a citizen of the ~~State~~ *Province* of *Ontario, Canada*.

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐ This party is a corporation incorporated in the State of ________________________ and with a principal place of business in the State of ______________________.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_________________________________________________________________

_________________________________________________________________

_________________________________________________________________

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_________________________________________________________________

_________________________________________________________________

_________________________________________________________________

**PART II – FINANCIAL AFFILIATIONS**

☒ None of the entries below applies to this party.

☐ This party has one or more parent entities.

If so, identify all parent entities.

_________________________________________________________________

☐ This party has one or more subsidiaries.

If so, identify all subsidiaries.

☐ This party has one or more affiliates.

If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

Signature: */s/ Andrew P. Rice*
Printed Name: *Andrew P. Rice*
Bar Number: *P79302*
Firm Name: *Cray Huber Horstman Heil & VanAusdal LLC*
Address: *303 West Madison Street, Suite 2200*
City, State, Zip Code: *Chicago, Illinois 60606*
Phone/Fax: *(312) 332-8450*
Email Address: *apr@crayhuber.com*

Date: *November 9, 2026*